**CLOSED**

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Keri Grant, an individual,<br><br>    Plaintiff,<br><br>  vs.<br><br>Argent Mortgage Company, LLC, and Citi Residential Lending, Inc., and American Home Mortgage Servicing, Inc., and Specialized Loan Servicing, LLC, and DOES 1 through 10, inclusive,<br><br>    Defendants. | Case No.  CV09-05895 (GW VBKx)<br><br>**JUDGMENT** |

| | |
|---|---|
| 1 | IT IS HEREBY ORDERED, ADJUDGED AND DECREED that Keri Grant's first and second claims for relief against Argent and Citi Residential are dismissed with prejudice.  Argent and Citi Residential shall recover their costs.  The Court orders that such judgment be entered. |

IT IS SO ORDERED.

November 12, 2009

_____
Honorable George H. Wu
Judge of the United States District Court
Central District of California

Respectfully submitted by:

BUCHALTER NEMER
A Professional Corporation
    Joanne N. Davies (SBN:  204100)
    *jdavies@buchalter.com*
    David M. Liu (SBN:  216311)
    *dliu@buchalter.com*
18400 Von Karman Avenue, Suite 800
Irvine, CA  92612-0514
Telephone: (949) 760-1121
Facsimile:  (949) 224-6477

Attorneys for Defendants
Argent Mortgage Company, LLC and
Citi Residential Lending, Inc.